UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20801

46 U.S.C. § 70506(b)
21 U.S.C. § 853

CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

vs.

LUIS ENRIQUE RENTERIA GRANADOS,
    a/k/a "El Viejo,"
    a/k/a "El Tio,"
    a/k/a "Señor,"
LISIMACO CORTEZ MOTTA,
    a/k/a "Socito,"
CARLOS ALBERTO SINESTERRA PEÑALOSA,
    a/k/a "Winny,"
    a/k/a "Juanca,"
LUIS ROLANDO BUENO JIMENEZ,
    a/k/a "El Mono,"
and
NELSON ALBERTO PENAGOS MOLINA,
    a/k/a "El Papi,"

    **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning at least as early as on or about February 1, 2012 and continuing until on or about December 31, 2012, the defendants,

LUIS ENRIQUE RENTERIA GRANADOS,
    a/k/a "El Viejo,"
    a/k/a "El Tio,"
    a/k/a "Señor,"
LISIMACO CORTEZ MOTTA,
    a/k/a "Socito,"

CARLOS ALBERTO SINESTERRA PEÑALOSA,
a/k/a "Winny,"
a/k/a "Juanca,"
LUIS ROLANDO BUENO JIMENEZ,
a/k/a "El Mono,"
and
NELSON ALBERTO PENAGOS MOLINA,
a/k/a "El Papi,"

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury and with known persons on board a vessel subject to the jurisdiction of the United States, to possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a); all in violation of Title 46, United States Code, Section 70506(b).

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## CRIMINAL FORFEITURE

a.   The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

b.   Upon conviction of the violation alleged in this Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violation, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
DUSTIN M. DAVIS
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA       CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

LUIS ENRIQUE RENTERIA GRANADOS, et al.,

**Defendants.**
_____ /      **Superseding Case Information:**

Court Division: (Select One)         New Defendant(s)      Yes _____ No _____
                                     Number of New Defendants _____
__X__ Miami    _____ Key West        Total number of counts    _____
_____ FTL      _____ WPB _____ FTP _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No)  __Y__
   List language and/or dialect  __Spanish__
4. This case will take _____ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days     _____              Petty    _____
   II   6 to 10 days    __X__              Minor    _____
   III  11 to 20 days   _____              Misdem.  _____
   IV   21 to 60 days   _____              Felony   _____
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No) __No__   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __No__   If yes:
   Magistrate Case No.: _____
   Related Miscellaneous number: _____
   Defendant(s) in federal custody as of: _____
   Defendant(s) in state custody as of: _____
   Rule 20 from the District of: _____
   Is this a potential death penalty case? (Yes or No) __No__
7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes __X__ No
8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                                   _____
                                   DUSTIN M. DAVIS
                                   ASSISTANT UNITED STATES ATTORNEY
                                   COURT ID NO. A5501193

*Penalty Sheet(s) attached                                            REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LUIS ENRIQUE RENTERIA GRANADOS

**Case No:** _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   <u>LISIMACO CORTEZ MOTTA</u>

Case No: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** CARLOS ALBERTO SINESTERRA PEÑALOSA

**Case No:** _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

*__Max. Penalty:__    Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   LUIS ROLANDO BUENO JIMENEZ

**Case No:** _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   NELSON ALBERTO PENAGOS MOLINA

**Case No:** _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**   Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.