UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 13-20801-Dimi
                Plaintiff )
                          ) REPORT COMMENCING CRIMINAL
         -vs-             ) ACTION
Renteria-Granados, Luis   ) 09485-104
                Defendant ) USMS NUMBER

TO: Clerk's Office  MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court        FT. PIERCE
                         (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8/31/2016    am/pm
(2) Language Spoken: Spanish
(3) Offense(s) Charged: PWID Cocaine
(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown
(5) Date of Birth: 9-21-47
(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint to be filed/already filed
    Case# 13-20801-Dimi

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SFL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: 9-1-16   (9) Arresting Officer: USMS
(10) Agency: USMS              (11) Phone: 954-660-5836
(12) Comments: